The People of the State of Illinois, Plaintiff-Appellee, *v.* Monroe Durley, Defendant-Appellant.

(No. 54106;

First District—March 15, 1971.

Opinion by Mr. JUSTICE GOLDBERG.

Gerald W. Getty, Public Defender, of Chicago, (James N. Gramenos, Assistant Public Defender, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle, and James Sternik, Assistant State's Attorneys, of counsel,) for the People.